UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2011-3870

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000



Order Filed on June 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Antoine D. Carlisle

Case No.: 15-24677-RG

Hearing Date: 06/06/2018 at 10:30am

Judge:  Honorable Rosemary Gambardella

Chapter: 13

## ORDER CURING ARREARS AND PROVIDING FOR FURTHER DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2)   is hereby **ORDERED**.

DATED: June 19, 2018

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Case 15-24677-RG    Doc 144    Filed 06/19/18    Entered 06/19/18 15:07:02    Desc Main
Document    Page 2 of 2

Page 2
Debtor: Antoine D. Carlisle
Case No.: 15-24677-RG
Caption of Order:     ORDER CURING ARREARS AND PROVIDING
FOR FURTHER DEFAULT

Upon the motion of Powers Kirn, LLC, Attorney for Wells Fargo Home Mortgage servicing agent for Wells Fargo Bank, N.A., debtor(s)' mortgagee, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown, it is

**ORDERED** as follows:

1. Debtor(s) shall commence curing post petition arrears through May 28, 2018, in the sum of $19,682.41 which is itemized as follows:

| Qty | Item | Amount | (From - To) | | Extended Amount |
|---|---|---|---|---|---|
| 4 | Payments @ | $1,128.59 | (9/18/2017 - 10/30/2017) | = | $4,514.36 |
| 15 | Payments @ | $1,059.31 | (11/13/20107 to 5/28/2018) | = | $15,889.65 |
| | Suspense | | | | $-721.60 |
| | Arrears to Cure: | | | = | $19,682.41 |

2. Debtor(s) shall make an immediate payment of $5,911.38.

3. Post petition arrears of $13,771.03 shall be cured through the debtor(s)' plan and are hereby added to the claim filed by the Mortgagee.

4. Debtor shall file a modified plan within ten (10) days of the entry of this Order to provide for the sums added to the plan herein.

5. Debtor(s) shall resume regular mortgage payments starting on June 11, 2018.

6. Should debtor(s) default in any payment for a period exceeding thirty (30) days, upon certification of mortgagee's attorney, with notice to the trustee, debtor and debtor's attorney, if any, but without further hearing, the stay shall be vacated by further order of this Court.

7. The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.